IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-398 |
| ) | |
| ANTHONY J. BENISH, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF DEFAULT**

Plaintiff United States of America requests that the Clerk of Court enter default against Defendant Anthony J. Benish, pursuant to Fed. R. Civ. P. 55(a). It appearing from the record said defendant has failed to appear, plead, or otherwise defend, the default of Defendant Anthony J. Benish, is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this 28TH day of September, 2010.

_Peter Oppeneer_
PETER OPPENEER
Clerk of Court

4